

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00705-CV

Point Isabel Independent School District
v.
Hilda Hernandez

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-00725-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing the case. Costs of the appeal are adjudged against appellee, Hilda Hernandez.

We further order this decision certified below for observance.

June 13, 2019